UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00040

**Samuel Anderson,**
*Plaintiff,*

v.

**FNU Johnson et al.,**
*Defendants.*

# ORDER

Plaintiff, a prisoner confined in the Texas Department of Criminal Justice proceeding pro se, sued defendants for alleged constitutional and civil rights violations. Doc. 1. The case was transferred to the Tyler Division of the U.S. District Court for the Eastern District of Texas, Doc. 3, and assigned to a magistrate judge. The magistrate judge issued a report recommending that plaintiff's claims be dismissed with prejudice for failure to state a claim and that any request for class certification be denied. Doc. 4 at 7. No party filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. All claims in this matter are dismissed with prejudice. Any request for class certification is denied. Any pending motions are denied as moot.

*So ordered by the court on February 13, 2026.*

J. CAMPBELL BARKER
United States District Judge